

# United States District Court
# Eastern District of California

| Mike Sarieddine | |
|---|---|
| Plaintiff(s) | |

Case Number: 2:22-cv-02168-DAD-AC

V.

| Connected International Inc. et al. | |
|---|---|
| Defendant(s) | |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Marcella Ballard hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Connected International Inc., Sacramento Community Cannabis Collective, MSTMA, Inc., Stockton Business Strategies, Caleb Counts, and Ted Lidie

On 09/21/1992 (date), I was admitted to practice and presently in good standing in the New York State Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 2/10/2023

Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Marcella Ballard |
| Law Firm Name: | Venable LLP |
| Address: | 1270 Avenue of the Americas |
| | 24th Floor |
| City: | New York  State: NY  Zip: 10020 |
| Phone Number w/Area Code: | (212) 370-6289 |
| City and State of Residence: | Bronxville, NY |
| Primary E-mail Address: | MBallard@Venable.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Alicia Sharon |
| Law Firm Name: | Venable LLP |
| Address: | 600 Massachusetts Avenue NW |
| City: | Washington  State: DC  Zip: 20001 |
| Phone Number w/Area Code: | (202) 344-4446   Bar #: 323069 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 15, 2023

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT