1  **BRUNO TARABICHI**, CA Bar No. 215129
   bruno@tmwlawfirm.com
2  **TMW LAW**
   4750 Almaden Expy 124-359
3  San Jose, California 95118
   Telephone: 408.634.0324
4  Facsimile: 408.715-6707
   Attorneys for Plaintiff
5  Mike Sarieddine

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE, an individual, | Case No. 2:22-cv-02168-DJC-AC |
| Plaintiff, | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS (ECF NO. 34)** |
| v. | |
| CONNECTED INTERNATIONAL INC., a Delaware corporation; SACRAMENTO COMMUNITY CANNABIS COLLECTIVE, a California corporation; MSTMA INC., a California corporation; STOCKTON BUSINESS STRATEGIES, a California corporation; TWENTY SIXTY-NINE, LLC, a California limited liability company; CALEB COUNTS, an individual; TED LIDIE, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

1 | Pursuant to Local Rule 144, Plaintiff Mike Sarieddine ("Plaintiff") and Defendants Connected International Inc., Sacramento Community Cannabis Collective, MSTMA Inc., Stockton Business Strategies, Twenty Sixty-Nine, LLC, Caleb Counts, and Ted Lidie (collectively, "Defendants"), by and through their attorneys, agree as follows:

WHEREAS, on March 30, 2023, Defendants filed their Motion to Dismiss and noticed the Motion for May 2, 2023 (ECF No. 34);

WHEREAS, on March 31, 2023, the Court rescheduled the Motion to Dismiss for June 6, 2023;

WHEREAS, Plaintiff's opposition to Defendants' Motion to Dismiss is due on April 13, 2023;

WHEREAS, Plaintiff's counsel requested an extension of time to file the opposition to Defendants' Motion due to scheduling and caseload conflicts, including several pending motion briefs due in other cases;

WHEREAS, Defendants agreed to provide the courtesy of an extension; and

WHEREAS, due the hearing on the Motion to Dismiss having been continued to June 6, 2023, the extension will not impact any court deadlines.

IT IS THEREFORE STIPULATED, pending the Court's order, that the briefing schedule on Defendant's Motion to Dismiss be as follows:

1. Plaintiff shall file his opposition brief on or before April 24, 2023; and
2. Defendants' reply shall be filed on or before May 8, 2023.

Dated: April 3, 2023

Respectfully submitted,

TMW LAW

By   /s/ Bruno Tarabichi
Bruno Tarabichi
Attorneys for Plaintiff
Mike Sarieddine

Dated: April 3, 2023

By: /s/ Marcella Ballard
VENABLE LLP
Marcella Ballard*
Sara Krastins*
1270 Avenue of the Americas
24th Floor
New York, NY 10020
mballard@venable.com
srkrastins@venable.com
Attorneys for Defendants Connected International, Inc., Caleb Counts, Ted Lidie, MSTMA, Inc., Sacramento Community Cannabis Collective, Stockton Business Strategies, and Twenty Sixty-Nine LLC

IT IS SO ORDERED:

Dated: April 10, 2023       /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE