

# United States District Court
# Eastern District of California

| Sarieddine | Case Number: | 2:22-cv-02168-DJC-AC |
|---|---|---|

Plaintiff(s)

V.

Connected International, Inc. et al.

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Maria R. Sinatra
_____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Connected International, Inc., Sacramento Community Cannabis Collective, MSTMA, Inc., Stockton Business Strategies, Twenty Sixty-Nine, LLC, Ted Lidie

On _____04/26/2017_____ (date), I was admitted to practice and presently in good standing in the

_____New York State Court of Appeals_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____11/27/2024_____        Signature of Applicant: /s/ _____

---

**Pro Hac Vice Attorney**

Applicant's Name:      Maria R. Sinatra

Law Firm Name:      Venable LLP

Address:      151 W. 42nd Street

     49th Floor

City:      New York      State:    NY    Zip:   10036

Phone Number w/Area Code:   (212) 370-6247

City and State of Residence:   Summit, NJ

Primary E-mail Address:   MRSinatra@Venable.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Alexandra L. Kolsky

Law Firm Name:      Venable LLP

Address:      2049 Century Park East

     Suite 2300

City:      Los Angeles      State:    CA    Zip:   90067

Phone Number w/Area Code:   (310) 229-9900      Bar #   347793

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 27, 2024

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE