1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

9    MIKE SARIEDDINE                                Case No. 2:22-cv-02168-DAD-AC

10                  Plaintiff,                       Judge Daniel J. Calabretta

11          v.

12   CONNECTED INTERNATIONAL INC., et              **ORDER GRANTING DEFENDANTS' EX**
     al.                                            **PARTE REQUEST TO EXTEND TIME TO**
13                                                  **RESPOND TO FIRST AMENDED**
                    Defendants –                    **COMPLAINT (L.R. 144)**
14                  Counterclaimants.
                                                    Complaint Filed: December 6, 2022
15   ---------------------------------------------  Third Amended Complaint Filed: July 7,
                                                    2025
16   CONNECTED INTERNATIONAL INC., et
     al.,
17
                    Defendants –
18                  Counterclaimants.

19          v.

20   MIKE SARIEDDINE and ALIEN VAPE
     LLC and John Does 1 through 5.
21
                    Counterclaim-Defendants.
22

23

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1         Pursuant to Local Rule 144, and having considered Defendants Connected

2    International, Inc., Caleb Counts, Ted Lidie, MSTMA, Inc., Sacramento Community

3    Cannabis Collective, and Stockton Business Strategies' (collectively "Defendants") Ex

4    Parte Request To Extend Time To Respond To Plaintiff's Third Amended Complaint,

5    and finding good cause therein, it is ORDERED that Defendants' Request is

6    GRANTED.  The time for Defendants to answer the Third Amended Complaint (Dkt. 97)

7    shall be extended until and through August 7, 2025.

8

9         **IT IS SO ORDERED.**

10

11

12    Dated:  July 23, 2025         /s/ Daniel J. Calabretta

13                    THE HONORABLE DANIEL J. CALABRETTA

14                    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

[PROPOSED] ORDER