UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CONNECTED INTERNATIONAL INC., a Delaware corporation; SACRAMENTO COMMUNITY CANNABIS COLLECTIVE, a California corporation; MSTMA INC., a California corporation; STOCKTON BUSINESS STRATEGIES, a California corporation; TWENTY SIXTY-NINE, LLC, a California limited liability company; TED LIDIE, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br><br>CONNECTED INTERNATIONAL INC.; SACRAMENTO COMMUNITY CANNABIS COLLECTIVE; MSTMA INC.; STOCKTON BUSINESS STRATEGIES; TWENTY SIXTY-NINE, LLC; and TED LIDIE,<br><br>    Counterclaimants,<br><br>    v.<br><br>MIKE SARIEDDINE and ALIEN VAPE, LLC,<br><br>    CounterDefendants. | Case No. 2:22-cv-02168-DJC-AC<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND COUNTERDEFENDANT MIKE SARIEDDINE AND COUNTERDEFENDANT ALIEN VAPE, LLC AND REQUEST TO EXTEND OUTSTANDING DEADLINES BY 30 DAYS TO ALLOW FOR APPEARANCE OF NEW COUNSEL**<br><br>Judge:    Hon. Daniel J. Calabretta |

**AFTER FULL CONSIDERATION** of the *Ex Parte* Application to Withdraw as Counsel for Plaintiff and Counterdefendant Mike Sarieddine and Counterdefendant Alien Vape, LLC and Request to Extend Outstanding Deadlines by 30 Days to Allow for Appearance of New Counsel ("Ex Parte Application"), and good cause appearing therefor, Plaintiff's *Ex Parte* Application is GRANTED as follows.

**THE COURT HEREBY FINDS THAT**

1. As Mike Sarieddine and Alien Vape, LLC have discharged Bruno Tarabichi and TMW Law, the withdrawal of Bruno Tarabichi and TMW Law is mandatory pursuant to Rule 1.16(a)(4) of the Rules of Professional Conduct; and

2. In light of the discharge of counsel, good cause exists both to grant the withdrawal of counsel and to extend pending deadlines by 30 days to allow for the retention and appearance of new counsel.

**THEREFORE, IT IS HEREBY ORDERED THAT**

1. The withdrawal of Bruno Tarabichi and TMW Law as counsel for Mike Sarieddine and Alien Vape, LLC is granted and Bruno Tarabichi and TMW Law are no longer counsel in this action.

2. Within thirty (30) days of service of this order, Plaintiff/Counter-Defendants shall retain new counsel and new counsel shall file a notice of appearance in this case consistent with E.D. Cal. L.R. 182(a).  Failure to do so will result in this action being referred to the assigned Magistrate Judge for all further proceedings, including dispositive and nondispositive motions and matters. See E.D. Cal. L.R. 302(c)(21).

3. Outgoing counsel shall serve a copy of this order on Plaintiff/Counter-Defendants Mike Sarieddine and Alien Vape LLC at their last known addresses forthwith and shall thereafter file with the court a certificate of service attesting to such service.  At such time as service is completed,

Attorneys Bruno Tarabichi and TMW Law's responsibility to represent Plaintiff/Counter-Defendant Mike Sarieddine and Alien Vape LLC will be terminated.

4. All pending deadlines shall be extended by 30 days, including Mike Sarieddine and Alien Vape, LLC's time to respond to Defendants Motion to Dismiss (ECF No. 100) and Answer and Counterclaims (ECF No. 101).

ENTERED this 19th day of August, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE