

United States District Court
Eastern District of California

| Mike Sarieddine, an individual | Case Number: 2:22-cv-02168-DJC-AC |
|---|---|

Plaintiff(s)

V.

| Connected International Inc., et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jeremy Mark Malcolm hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Mike Sarrieddine and Counter-Defendants Mike Sarrieddine and Alien Vape LLC

On 06/23/2009 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/20/2025            Signature of Applicant: /s/ Jeremy Malcolm

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jeremy Mark Malcolm |
| Law Firm Name: | |
| Address: | 3911 Ditmars Blvd. |
| | #1090 |
| City: | Astoria  State: NY  Zip: 11105 |
| Phone Number w/Area Code: | (929) 264-5898 |
| City and State of Residence: | Astoria, NY |
| Primary E-mail Address: | jeremy@asklex.ai |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael David Douglas |
| Law Firm Name: | The Law Office of Michael David Douglas |
| Address: | 118 Second Street |
| | |
| City: | Encinitas  State: CA  Zip: 92024 |
| Phone Number w/Area Code: | (760) 815-3453  Bar #: 265210 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 21, 2025

*/s/ Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE