UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONNECTED INTERNATIONAL INC., a Delaware corporation; SACRAMENTO COMMUNITY CANNABIS COLLECTIVE, a California corporation; MSTMA INC., a California corporation; STOCKTON BUSINESS STRATEGIES, a California corporation; TWENTY SIXTY-NINE, LLC, a California limited liability company; TED LIDIE, an individual; and DOES 1 through 50, inclusive.<br><br>　　　　　Defendant.<br><br>CONNECTED INTERNATIONAL INC., et al.,<br><br>　　　　　Defendants – Counterclaimants,<br><br>　　v.<br><br>MIKE SARIEDDINE and ALIEN VAPE LLC and John Does 1 through 5.<br><br>　　　　　Counterclaim-Defendants. | Case No. 2:22-cv-02168-DJC-AC<br><br>District Court Judge:<br>Daniel J. Calabretta<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND RESPONSIVE PLEADING DEADLINE** |

///

///

///

1

ORDER RE JOINT STIPULATION

THE COURT, following review of the Parties' joint stipulation, and for good cause appearing, ISSUES THE FOLLOWING ORDER:

1. The following briefing schedule shall apply to Defendants' Motion to Dismiss [Doc. 100]:

    a. Plaintiffs' Opposition is due 28 days after entry of this Order; and

    b. Defendants' Reply is due 14 days after Plaintiffs' Opposition.

2. Plaintiffs shall file their responsive pleading to Defendants' Second Amended Counterclaim [Doc. 101] within 28 days after entry of this Order.

**IT IS SO ORDERED**.

Dated: November 5, 2025                    /s/ Daniel J. Calabretta
                                           Hon. Daniel J. Calabretta
                                           District Court Judge