VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310-229-9900

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE SARIEDDINE<br><br>          Plaintiff – Counterclaim-Defendant,<br><br>     v.<br><br>CONNECTED INTERNATIONAL INC., et al.,<br><br>          Defendants – Counterclaimants.<br><br>-----------------------------------------------<br><br>CONNECTED INTERNATIONAL INC., et al.,<br><br>          Defendants – Counterclaimants.<br><br>     v.<br><br>MIKE SARIEDDINE and ALIEN VAPE LLC<br><br>          Counterclaim-Defendants. | Case No. 2:22-cv-02168-DJC-AC<br><br>Judge Daniel J. Calabretta<br><br>**ORDER GRANTING MOTION TO WITHDRAW ALEXANDRA KOLSKY AS COUNSEL PURSUANT TO LOCAL RULE 182**<br><br>NO HEARING REQUESTED |

ORDER GRANTING MOTION TO WITHDRAW ATTORNEY

Upon Defendants Connected International Inc., Sacramento Community Cannabis Collective, MSTMA, Inc., Stockton Business Strategies, Twenty-Sixty Nine, LLC, and Ted Lidie's ("Defendants") Motion to Withdraw Alexandra Kolsky as Counsel of Record, and for good cause therein, the Motion is hereby GRANTED.

All future pleadings, correspondence, and documents SHALL BE DIRECTED to the remaining counsel of record for Defendants.

Dated:  March 3, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA  90067
310-229-9900

1
ORDER GRANTING MOTION TO WITHDRAW COUNSEL