THE LAW OFFICE OF MICHAEL DAVID DOUGLAS
Michael David Douglas, Esq. (CA Bar No. 265210)
118 Second Street
Encinitas, CA 92024
(760) 815-3453
mdouglas@mddlegal.com

Jeremy Malcolm (*Pro Hac Vice*)
3811 Ditmars Blvd., #1090,
Astoria, NY 11105
(929) 264-5859
jeremy@asklex.ai

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE, an individual, | Case No. 2:22-cv-02168-DJC-AC |
| Plaintiff, | District Court Judge: Daniel J. Calabretta |
| v. | |
| CONNECTED INTERNATIONAL INC., a Delaware corporation; SACRAMENTO COMMUNITY CANNABIS COLLECTIVE, a California corporation; MSTMA INC., a California corporation; STOCKTON BUSINESS STRATEGIES, a California corporation; TWENTY SIXTY-NINE, LLC, a California limited liability company; TED LIDIE, an individual; and DOES 1 through 50, inclusive. | **STIPULATION FOR WITHDRAWAL OF JEREMY M. MALCOLM AS COUNSEL**  NO HEARING REQUESTED |
| Defendant. | |
| CONNECTED INTERNATIONAL INC., et al., | |
| Defendants – Counterclaimants, | |
| v. | |
| MIKE SARIEDDINE and ALIEN VAPE LLC and John Does 1 through 5. | |
| Counterclaim-Defendants. | |

1

STIPULATION FOR WITHDRAWAL OF COUNSEL

Plaintiff Mike Sarieddine, Counter-Defendants Mike Sarieddine and Alien Vape LLC, and attorney Jeremy Malcolm hereby stipulate as follows:

1. Attorney Jeremy Malcolm seeks leave to withdraw as counsel of record for Plaintiff Mike Sarieddine and Counter-Defendants Mike Sarieddine and Alien Vape LLC in this action.

2. Plaintiff and Counter-Defendants consent to the withdrawal of Jeremy Malcolm as counsel of record.

3. Plaintiff and Counter-Defendants will continue to be represented in this action by remaining counsel of record, Michael David Douglas, Esq.

4. No party will be prejudiced by the withdrawal of Jeremy Malcolm as counsel of record.

WHEREFORE, the undersigned respectfully request that the Court enter the proposed order below permitting the withdrawal of Jeremy Malcolm as counsel of record in this matter.

Respectfully submitted,

Date: June 2, 2026                    /s/ Jeremy Malcolm_____
                                      Jeremy M. Malcolm
                                      Attorney for Plaintiff and Counter-Defendant
                                      (*Pro Hac Vice*)

STIPULATION FOR WITHDRAWAL OF COUNSEL

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, attorney Jeremy Malcolm is hereby relieved as counsel of record for Plaintiff Mike Sarieddine and Counter-Defendants Mike Sarieddine and Alien Vape LLC in this action.

Plaintiff and Counter-Defendants shall continue to be represented by remaining counsel of record.

IT IS SO ORDERED.

Dated:  June 2, 2026                     /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

3

STIPULATION FOR WITHDRAWAL OF COUNSEL